IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSHUA BRIDGES                                                              PLAINTIFF

v.                                    Civil No. 2:20-CV-02069

LIEUTENANT C. DOWDY                                                  DEFENDANT

## JUDGMENT

For the reasons stated in the Opinion and Order filed this date, this case is **DISMISSED**

**WITH PREJUDICE**.

IT IS SO ORDERED this 1st day of April 2021.

/s/ P. K. Holmes, III

P. K. HOLMES, III
U.S. DISTRICT JUDGE

1